1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | JACK ORLANDO JOHNSON, | Case No. CV 19-07486-VBF (PD) |
|---|---|---|
| 12 | Plaintiff, | **ORDER ACCEPTING FINAL REPORT RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 13 | v. | |
| 14 | D. MELO-TREJOS, et al., | |
| 15 | Defendants. | |

18   Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants'
19 motion to dismiss Plaintiff's First Amended Complaint, the records on file
20 herein, and the Final Report and Recommendation of United States
21 Magistrate Judge.  Further, the Court has engaged in a *de novo* review of
22 those portions of the Report and Recommendation to which objections have
23 been made.  The Court accepts the findings and recommendations of the
24 Magistrate Judge and adopts them as its own findings and conclusions.

1   IT IS THEREFORE ORDERED that Defendants' motion to dismiss
2   Plaintiff's First Amended Complaint is granted and the action is dismissed
3   with prejudice.

5   DATED: November 27, 2020

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE