JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACK ORLANDO JOHNSON,

    Plaintiff,

    v.

D. MELO-TREJOS, et al.,

    Defendants.

Case No. CV 19-07486-VBF (PD)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED:  November 27, 2020

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE